Case No. 04-14-00483-CV

| | | |
|---|---|---|
| ROWLAND J. MARTIN | ) | TEXAS COURT OF APPEALS |
| Appellant | ) | |
| | ) | |
| v. | ) | FOR THE FOURTH DISTRICT |
| | ) | |
| EDWARD BRAVENEC AND 1216 | ) | |
| WEST AVE. INC. | ) | |
| Appellees | ) | BEXAR COUNTY, TEXAS |

## APPELLANT'S ADVISORY TO THE COURT
## WITHDRAWING SUPPLEMENTAL MOTION FOR REHEARING

Notice is hereby given that Appellant's Supplemental Motion For Rehearing, dated January 26, 2015, was filed prior to receiving actual notice of entry of the Court's Order on January 24, 2015 denying rehearing. The supplemental motion had requested judicial notice of briefing amendments and a grant of special exceptions pursuant to Tex. R. Civ. Pro. 91. Appellant concludes that the January 24th Order procedurally moots the supplemental motion. In order to preserve the issues raised in the supplemental motion, however, Appellant respectfully advises that the pleading is hereby withdrawn and will be revised for future resubmission as a de novo motion.

Dated: March 3, 2015

Respectfully Submitted,

Rowland J. Martin
951 Lombrano
San Antonio, Tx 78207
(210) 323-3849

1

## CERTIFICATE OF SERVICE

I mailed a copy of this "Advisory To The Court Withdrawing Supplemental Motion For Rehearing" to Glenn Deadman and Torralba Properties, LLC on March 3, 2015.

_____
Rowland J. Martin